# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-3939

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the Northern |
| | * | District of Iowa. |
| Roger Allan Rowley, | * | |
| | * | [UNPUBLISHED] |
| Appellant. | * | |

_____

Submitted: April 27, 2012
Filed: May 2, 2012

_____

Before RILEY, Chief Judge, SMITH and BENTON, Circuit Judges.

_____

PER CURIAM.


Roger Allan Rowley appeals the sentence imposed on him after the district court[1] revoked his supervised release in November 2008. The appeal is moot because Rowley was released from custody and fully discharged his sentence in October 2011. Accordingly, this appeal is dismissed, and counsel's motion to withdraw is denied as moot.

_____

[1]The Honorable Linda R. Reade, Chief Judge, United States District Court for the Northern District of Iowa.